UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| BIRDA TROLLINGER, VIRGINIA BRAVO, KELLY KESSINGER, IDOYNIA MCCOY, REGINA LEE, PATRICIA MIMS, LORI WINDHAM and ALEXANDER HOWLETT, individually and on behalf of all others similarly situated | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TYSON FOODS, INC., JOHN TYSON, ARCHIBALD SCHAFFER III, RICHARD, BOND, KENNETH KIMBRO, GREG LEE, KAREN PERCIVAL, AHRAZUE WILT and TIM MCCOY, | ) ) ) ) ) ) | No. 4:02-CV-23<br><br>Chief Judge Curtis L. Collier |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiffs Birda Trollinger, Virginia Bravo, Kelly Kessinger, Idoynia McCoy, Regina Lee, Patricia Mims, Lori Windham and Alexander Howlett's (collectively "Plaintiffs") objection and proposed amendment to the First Management Order (Court File No. 246). Plaintiffs move for an order changing the deadline for Plaintiffs' and Defendants' disclosure of expert witnesses. As cause, Plaintiffs state during the management conference held on January 29, 2007, the parties recommended and the Court agreed Plaintiffs' initial expert disclosures would be made on March 15, 2007, and Defendants' initial expert disclosure would be made on April 16, 2007. Defendants did not file a response.

The Court notes the minutes from the management conference did not contain an entry as

to the date Plaintiffs' or Defendants' initial expert disclosures were to be submitted. In the absence

of such an entry and an objection from Defendants, the Court **GRANTS** Plaintiffs' motion (Court

File No. 246). Plaintiffs' initial expert disclosure is due on March 15, 2007, and Defendants' initial

expert disclosures are due on April 16, 2007.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**